KRISTOPHER T. ZEPPENFELD
Nevada Bar No. 12144
kz@vegasvalleylaw.com
GARRETT B. LOGAN, ESQ.
Nevada Bar No. 15063
gbl@vegasvalleylaw.com
VEGAS VALLEY INJURY LAW
710 South Seventh Street, Suite C
Las Vegas, Nevada 89101
Tel: (702) 444-5555
Fax: (725) 800-7227

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN ANTHONY CARVER, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>DETROIT DIESEL CORPORATION, a foreign Corporation; WESTERN STAR TRUCKING LLC, a Nevada Limited Liability Company; DAIMLER TRUCK NORTH AMERICA LLC, a Delaware Limited Liability Company aka Daimler Benz; ALLISON TRANSMISSION, INC., a Delaware Corporation; CON-TECH MANUFACTURING, INC., a Minnesota Corporation; DOES I through X; ROE CORPORATIONS I through X; and ROE LIMITED LIABILITY COMPANIES I through X, inclusive,<br><br>        Defendants. | CASE NO.  2:26-cv-01601-JAD-BNW<br><br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

Plaintiff CHRISTIAN ANTHONY CARVER ("Plaintiff"), by and through counsel of record, Kristopher T. Zeppenfeld, Esq., of Vegas Valley Injury Law, and Defendants DAIMLER TRUCK NOTH AMERICA LLC and DETROIT DIESEL CORPORATION, by and through counsel of record Jay J. Schuttert, Esq., of Evans Fears Schuttert McNulty Mickus, and ALLISON TRANSMISSION, INC. ("Defendants"), by and through counsel of record, Carol P. Michel, Esq., of Weinberg, Wheeler,

*Left margin (vertical):* VEGAS VALLEY INJURY LAW 710 South Seventh Street, Suite C Las Vegas, Nevada 89101 Phone: 702.444.5555 • Fax: 725.800.7227 www.vegasvalleylaw.com

Page 1 of 2

Hudgins, Gunn & Dial, LLC, hereby stipulate to amend the Complaint to remove Defendant Western Star Trucking LLC, and properly name Defendant WESTERN STAR TRUCKS SALES, INC. DATED this __5th__ day of June 2026.

DATED this __8th__ day of June 2026.

VEGAS VALLEY INJURY LAW

___/s/ Kristopher T. Zeppenfeld___
Kristopher T. Zeppenfeld, Esq. (12144)
Garrett B. Logan, Esq. (15063)
710 South Seventh Street, Suite C
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

___/s/ Carol P. Michel___
Carol P. Michel, Esq.
Nevada Bar No. 11420
Daniela LaBounty, Esq.
Nevada Bar No. 13169
Sebastian Cribari, Esq.
Nevada Bar No. 15888
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorney for Defendant Allison Transmission, Inc.*

EVANS FEARS SCHUTTERT MCNULTY MICKUS

___/s/    Brody R. Wight___
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
Brody R. Wight, Esq.
Nevada Bar No. 13615
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendants Daimler Truck North America LLC and Detroit Diesel Corporation*

## ORDER

The Court having reviewed and considered the Stipulation by the parties,

IT IS HEREBY ORDERED that the Complaint shall be amended to remove Defendant Western Star Trucking LLC, and properly name Defendant WESTERN STAR TRUCKS SALES, INC. The Clerk of Court is kindly directed to file ECF No. 9-2 on the docket as "Amended Complaint."

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 9, 2026

Respectfully Submitted:

VEGAS VALLEY INJURY LAW

___/s/   Kristopher T. Zeppenfeld___
Kristopher T. Zeppenfeld, Esq. (12144)
710 South Seventh Street, Suite C
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

VEGAS VALLEY INJURY LAW
710 South Seventh Street, Suite C
Las Vegas, Nevada 89101
Phone: 702.444.5555 • Fax: 725.800.7227
www.vegasvalleylaw.com

 Outlook

---

## RE: Carver v. Detroit Deisel, et al.

**From** Michel, Carol <CMichel@wwhgd.com>

**Date** Fri 6/5/2026 7:09 AM

**To** Jennifer Reynhout <jreynhout@vegasvalleylaw.com>; jschuttert@efsmmlaw.com <jschuttert@efsmmlaw.com>; bwight@efsmmlaw.com <bwight@efsmmlaw.com>; LaBounty, Daniela <DLaBounty@wwhgd.com>; Cribari, Sebastian <scribari@wwhgd.com>

**Cc** Litigation <LitigationTeam@vegasvalleylaw.com>

You can sign my name to it.



Carol P. Michel

Attorney

3344 Peachtree Road NE | Suite 2400 | Atlanta, GA 30326

D: 404.832.9510 | F: 404.875.9433

6385 South Rainbow Blvd | Suite 400 | Las Vegas, NV 89118
D: 702.938.3838 | F: 702.938.3864

www.wwhgd.com  | vCard

---

**From:** Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Sent:** Friday, June 5, 2026 9:21 AM
**To:** jschuttert@efsmmlaw.com; bwight@efsmmlaw.com; Michel, Carol <CMichel@wwhgd.com>; LaBounty, Daniela <DLaBounty@wwhgd.com>; Cribari, Sebastian <scribari@wwhgd.com>
**Cc:** Litigation <LitigationTeam@vegasvalleylaw.com>
**Subject:** Re: Carver v. Detroit Deisel, et al.
**Importance:** High

**This Message originated outside your organization.**

---

Following up.  Please advise.



**Vegas Valley Injury Law**
**Jennifer Reynhout**
**Litigation Paralegal**

T: 702-444-5555 | F: 725-800-7227
Email: jreynhout@vegasvalleylaw.com | www.vegasvalleylaw.com
710 South 7th Street, Las Vegas, Nevada, 89101

CONFIDENTIAL AND PRIVILEGED:  This communication is intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the information contained herein, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please destroy it and notify me via reply email. Thank you.

**From:** Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Sent:** Wednesday, June 3, 2026 3:35 PM
**To:** jschuttert@efsmmlaw.com <jschuttert@efsmmlaw.com>; bwight@efsmmlaw.com <bwight@efsmmlaw.com>; cmichel@wwhgd.com <cmichel@wwhgd.com>; dlabounty@wwhgd.com <dlabounty@wwhgd.com>; scribari@wwhgd.com <scribari@wwhgd.com>
**Cc:** Litigation <LitigationTeam@vegasvalleylaw.com>
**Subject:** Carver v. Detroit Deisel, et al.

Please review the attached. If you have no revisions - please advise whether I have your permission to affix your e-signature.

Thank you.



**Vegas Valley Injury Law**
**Jennifer Reynhout**
**Litigation Paralegal**

T: 702-444-5555 | F: 725-800-7227
Email: jreynhout@vegasvalleylaw.com | www.vegasvalleylaw.com
710 South 7th Street, Las Vegas, Nevada, 89101

CONFIDENTIAL AND PRIVILEGED:  This communication is intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the information contained herein, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please destroy it and notify me via reply email. Thank you.

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

 Outlook

---

## Re: Carver v. Detroit Deisel, et al.

---

**From** Brody Wight <bwight@efsmmlaw.com>
**Date** Mon 6/8/2026 8:11 AM
**To** Jennifer Reynhout <jreynhout@vegasvalleylaw.com>; Jeff Barr <jbarr@efsmmlaw.com>

You may add my e-signature.

Get Outlook for iOS

---

**From:** Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Sent:** Monday, 08 June 2026 08:05:22
**To:** Jeff Barr <jbarr@efsmmlaw.com>
**Cc:** Brody Wight <bwight@efsmmlaw.com>
**Subject:** Fw: Carver v. Detroit Deisel, et al.

> Some people who received this message don't often get email from jreynhout@vegasvalleylaw.com. Learn why this is important

Following up on approval to affix your e-signature.  Please advise.



**Vegas Valley Injury Law**
**Jennifer Reynhout**
**Litigation Paralegal**

T: 702-444-5555 | F: 725-800-7227
Email: jreynhout@vegasvalleylaw.com | www.vegasvalleylaw.com
710 South 7th Street, Las Vegas, Nevada, 89101

CONFIDENTIAL AND PRIVILEGED:  This communication is intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the information contained herein, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please destroy it and notify me via reply email. Thank you.

---

**From:** Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Sent:** Monday, June 8, 2026 7:46 AM
**To:** jschuttert@efsmmlaw.com <jschuttert@efsmmlaw.com>; bwight@efsmmlaw.com <bwight@efsmmlaw.com>
**Cc:** Litigation <LitigationTeam@vegasvalleylaw.com>
**Subject:** Re: Carver v. Detroit Deisel, et al.

Following up.  Please advise.



**Vegas Valley Injury Law**
**Jennifer Reynhout**
**Litigation Paralegal**

T: 702-444-5555 | F: 725-800-7227
Email: jreynhout@vegasvalleylaw.com | www.vegasvalleylaw.com
710 South 7th Street, Las Vegas, Nevada, 89101

CONFIDENTIAL AND PRIVILEGED:  This communication is intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the information contained herein, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please destroy it and notify me via reply email. Thank you.

**From:** Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Sent:** Friday, June 5, 2026 6:21 AM
**To:** jschuttert@efsmmlaw.com <jschuttert@efsmmlaw.com>; bwight@efsmmlaw.com <bwight@efsmmlaw.com>; cmichel@wwhgd.com <cmichel@wwhgd.com>; dlabounty@wwhgd.com <DLaBounty@wwhgd.com>; scribari@wwhgd.com <scribari@wwhgd.com>
**Cc:** Litigation <LitigationTeam@vegasvalleylaw.com>
**Subject:** Re: Carver v. Detroit Deisel, et al.

Following up.  Please advise.



**Vegas Valley Injury Law**
**Jennifer Reynhout**
**Litigation Paralegal**

T: 702-444-5555 | F: 725-800-7227
Email: jreynhout@vegasvalleylaw.com | www.vegasvalleylaw.com
710 South 7th Street, Las Vegas, Nevada, 89101

CONFIDENTIAL AND PRIVILEGED:  This communication is intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the information contained herein, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please destroy it and notify me via reply email. Thank you.

**From:** Jennifer Reynhout <jreynhout@vegasvalleylaw.com>
**Sent:** Wednesday, June 3, 2026 3:35 PM
**To:** jschuttert@efsmmlaw.com <jschuttert@efsmmlaw.com>; bwight@efsmmlaw.com <bwight@efsmmlaw.com>; cmichel@wwhgd.com <cmichel@wwhgd.com>; dlabounty@wwhgd.com <dlabounty@wwhgd.com>; scribari@wwhgd.com <scribari@wwhgd.com>
**Cc:** Litigation <LitigationTeam@vegasvalleylaw.com>
**Subject:** Carver v. Detroit Deisel, et al.

Please review the attached. If you have no revisions - please advise whether I have your permission to affix your e-signature.

Thank you.



**Vegas Valley Injury Law**
**Jennifer Reynhout**
**Litigation Paralegal**

T: 702-444-5555 | F: 725-800-7227
Email: jreynhout@vegasvalleylaw.com | www.vegasvalleylaw.com
710 South 7th Street, Las Vegas, Nevada, 89101